COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Bloom Business Jets, LLC

Appellate case number:    01-16-00832-CV

Trial court case number:  2016-50795

Trial court:                      164th District Court of Harris County

Relator, Bloom Business Jets, LLC, has filed a petition for writ of mandamus and an emergency motion to stay the trial court's ruling of September 6, 2016, denying Bloom's special appearance and granting in part and denying in part Bloom's motion to dismiss. Bloom also asks that we stay the underlying case in its entirety pending resolution of the petition for writ of mandamus.

The Emergency Motion is **GRANTED** as follows: All depositions, hearings on motions for summary judgment and on discovery disputes, as well as trial, in trial court cause number 2016-50795 are **STAYED**, pending resolution of the petition for writ of mandamus. Written discovery and any agreed depositions may proceed.

The court **REQUESTS** a response to the petition for writ of mandamus from the Real Party in Interest, Glencove Holdings, LLC. The response, if any, is due within 20 days of the date of this order.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                              ☑ Acting individually     ☐ Acting for the Court


Date: October 25, 2016